App. Div.]           Fourth Department, July, 1914.

In the Matter of the Judicial Settlement of the Accounts of Nelson B. Eldred, as Executor, etc., of Katherine R. Beardsley, Deceased, Respondent.    Joseph L. Richardson and Another, Appellants.— Decree affirmed, with costs to each party appearing by separate attorneys, payable out of the estate.   All concurred.

The People of the State of New York ex rel. George A. Jimeson, Appellant, v. King Scott and Others, Respondents.— Order affirmed, with costs, upon the authority of the decision in *People ex rel. Jimeson* v. *Shongo* (*ante*, p. 908), decided herewith.   All concurred.

Simmons-Baker Company, Respondent, v. The Development and Funding Company, Appellant.— Judgment affirmed, with costs.   All concurred; Foote, J., not sitting.

Town of Leon, Respondent, v. Frank S. Peek, Appellant.— Judgment affirmed, with costs.   All concurred; Lambert. J., not sitting.

Mary E. Calkins, as Administratrix, etc., Respondent, v. James M. Hart, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Jacob Fuhrmann, Respondent, v. Niagara Gypsum Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Francis Bacon, Individually and as Executor, etc., Appellant, v. Wellington K. Sayre and Another, as Executors, etc., Respondents, and George E. Zartman, as Trustee, etc., Appellant.— Judgment affirmed, with costs. All concurred.

Cyrus W. Phillips, as Trustee, etc., Appellant, v. Mutual Life Insurance Company of New York, Respondent.— Judgment and order affirmed, with costs.   All concurred.

George P. Cleary, Appellant, v. R. E. Dietz Company, Respondent.— The justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.   Merrell, J., not sitting.

Mary C. Judson (Sometimes Known as Mary Mack Judson), Appellant, v. Mary E. Furlong, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   Held, that on the pleadings and the statement of plaintiff's counsel at the trial that the terms of the contract were as admitted in defendant's answer, the trial court should have found that there was a valid and existing contract between the parties, which consisted of the written offer, signed by defendant, and acceptance, signed by plaintiff, without the added clause in reference to the mortgage tax.   All concurred.

John McLaughlin, Suing on Behalf of Himself and Other Stockholders, etc., Respondent, v. Theodore W. Specht and Others, Appellants.— Interlocutory judgment affirmed with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal.   All concurred.

John L. Dunlap, Individually and as Executor, etc., Respondent, v. Albert H. Case and Others, Appellants.— Judgment reversed and new trial granted, with costs to appellants to abide event.   Held, that the